IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Dawn Muir, | ) | Case No. 1:19-mj-057 |
| | ) | |
| Defendant. | ) | |

On December 14, 2015, Defendant was sentenced in the District Court for the District of South Dakota and ordered to pay restitution in the sum of $29,973.13. See United States v. Muir, Case No. 1:14-cr-10002-1 1-3 (D.S.D. Dec. 18, 2015). Jurisdiction was transferred to the District of North Dakota on February 21, 2019. (Doc. 1.) On Application from the United States the Clerk's office issued a Writ of Continuing Garnishment on March 14, 2023. (Doc. No. 4).

On March 31, 2023, the United States filed a Motion to Dismiss Writ of Continuing Garnishment, advising that the parties had reached an agreement on a voluntary payment plan. (Doc. No. 7). The court **GRANTS** the motion (Doc. No. 7) and **DISMISSES** the Writ of Continuing Garnishment.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2023.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court